NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000680
20-JAN-2012
08:19 AM**

NO. CAAP-11-0000680

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PHH MORTGAGE CORPORATION,
Plaintiff-Appellee
v.
ANTHONY CHARLES GRANDE, NARINDAR KAUR, et al.,
Defendants-Appellants
and
NA PALI HAWEO COMMUNITY ASSOCIATION,
a Hawaii nonprofit corporation,
BRANDT HOMES INCORPORATED, a Hawaii corporation, et al.,
Defendants-Appellees,
and
JOHN DOES 1-20 JANE DOES 1-20 DOE ENTITIES 1-20,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-2154)

ORDER GRANTING THE STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By: Foley, J., for the court[1])

Upon consideration of the Stipulation to Dismissal with Prejudice filed on January 17, 2012,

IT IS HEREBY ORDERED the stipulation is approved and this appeal is dismissed with prejudice. The parties shall bear their own costs and fees.

DATED: Honolulu, Hawai'i, January 20, 2012.

FOR THE COURT:

Associate Judge

---

[1] Considered by: Foley, Presiding Judge, Fujise and Leonard, JJ.